IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORDIA
ORLANDO DIVISION

DRADEAN EUTSEY,

   Plaintiff,

V.                                        Case No. 6:11-CV-38-Orl-18DAB

EQUIFAX INFORMATION SERVICES,
LLC, and AMERICREDIT FINANCIAL
SERVICES, INC.

   Defendants.

## MOTION TO APPEAR *PRO HAC VICE*

NOW COMES counsel for the Plaintiff, Adam J. Knight, and submits this Motion to Appear Pro Hac Vice on behalf of Gregory J. Gorski, showing this Honorable Court as follows:

1. Prior to the transfer of venue to this Court, Gregory J. Gorski was lead counsel for the Plaintiff in this action.

2. Gregory J. Gorski is resident of the State of Pennsylvania and is a member in good standing of the Pennsylvania Bar and a member the bar of the U.S. District Court, Eastern District of Pennsylvania.

3. Mr. Gorski does not regularly make appearances in cases in Florida to a degree constituting the regular practice of law in this state.

4. To the knowledge of Mr. Gorski, there are no pending or past disciplinary actions involving Mr. Gorski that would make him ineligible to practice before this Court.

5. Mr. Gorski is familiar with the Federal Rules of Civil Procedure and has familiarized himself with the Local Rules for the Middle District of Florida.

6. The undersigned counsel, Adam J. Knight, is a member in good standing of the Florida bar and of the bar of this Court.

7. The undersigned counsel, Adam J. Knight, hereby consents to serve and be designated as local counsel of record in this action.

WHEREFORE, Plaintiff respectfully prays for the following relief:

(A) That this Court permit Gregory J. Gorski to appear *pro hac vice* in this action; and

(B) That this Court grant such other and further relief as is just and proper.

Respectfully submitted,

/s/ Adam Joseph Knight
Adam Joseph Knight
Florida Bar No. 69400
Attorney for Plaintiff

Henry W. Hicks, P.A.
3003 West Azeele Street
Suite 200
Tampa, Florida 33609
Tele. 813.876.3113
Fax. 813.871.9202
aknight@titlemark.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Appear *Pro Hac Vice* upon

    Catherine Olanich Raymond
    Christie, Pabarue, Mortensen & Young, P.C.
    1880 JFK Boulevard
    10th Floor
    Philadelphia, Pennsylvania 19103
    Counsel for Equifax Information Services, LLC
    (by U.S. Mail only)

    Andrew J. Gorman
    Burr Forman, LLP
    450 South Orange Avenue
    Suite 200
    Orlando, Florida 32801
    Counsel for Defendant Americredit Financial Services, Inc.
    (by CM/ECF delivery only)

this 8th day of February, 2011.

                                        /s/ Adam J. Knight
                                        Adam J. Knight, Esq.
                                        Florida Bar No. 69400
                                        Attorney for Plaintiff

Henry W. Hicks, P.A.
3003 West Azeele Street
Suite 200
Tampa, Florida 33609
Tele. 813.876.3113
Fax. 813.871.9202
aknight@titlemark.net